**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHERRY SEITZINGER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JPMORGAN CHASE BANK, N.A., a business entity; DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2005-AR2, a business entity; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No.: 13-CV-05818<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

On September 15, 2014, Plaintiff Sherry Seitzinger filed a Notice of Voluntary Dismissal Without Prejudice. ECF No. 41. The Court hereby dismisses this case without prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 24, 2014

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1